Jamie S. Platto (SBN 226723)
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
E-mail:        jplatto@ebglaw.com

Hans U. Stucki (Pro Hac Vice)
Jake Schmidt (Pro Hac Vice)
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Avenue, 35th Floor
Chicago, Illinois 60601
Telephone:   312.499.1400
Facsimile:    312.845.1998
E-mail:        hstucki@ebglaw.com
E-mail:        jschmidt@ebglaw.com

Attorneys for Defendants
AAR Manufacturing, Inc., AAR Mobility Systems,
and Jeanne Langmesser

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| READY TRANSPORTATION, INC., a Texas corporation, AVAILABLE SHIPPERS, INC., a Texas corporation and QUICK TRANSPORTATION, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AAR MANUFACTURING, INC., a California corporation, AAR MOBILITY SYSTEMS, a corporation of unknown citizenship, JEANNE LANGNESSER, an individual, DEFENSE CONTRACT MANAGEMENT AGENCY, an agency of the United States Government and DEPARTMENT OF DEFENSE, an agency of the United States Government,<br><br>Defendants. | CASE NO.  06 CV 1053 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY**<br><br><br><br><br><br>Judge Garland E. Burrell, Jr. |

1          Now come Plaintiffs, Defendants AAR Manufacturing, Inc. and AAR Mobility Systems
2   ("AAR Defendants") and Defendants Defense Contract Management Agency and Department of
3   Defense ("Government Defendants"), by and through their undersigned counsel of record,
4   hereby stipulate and agree to the following:

5          A.     Since the entry of this Court's Scheduling Order of August 16, 2006, the parties
6   hereto have diligently conducted discovery in this matter. Specifically, at least eight (8)
7   depositions of various parties and non-parties have been scheduled and taken and in excess of ten
8   (10) sets of written discovery have been exchanged among the parties.

9          B.     Notwithstanding the diligence of the parties in pursuing discovery in this matter,
10  counsel for Plaintiffs and counsel for the AAR Defendants each have a further Rule 30(B)(6) to
11  conduct and counsel for Plaintiffs has also expressed interest in conducting two (2) additional
12  depositions of current and former AAR employees.

13         C.     The current date set for completion of discovery and related discovery disputes is
14  July 24, 2007.  Counsel for the AAR Defendants is not available to complete all of the proposed
15  depositions within the currently scheduled discovery closure date.

16         D.     Notwithstanding the diligence of the parties and the continuing effort of the
17  parties to resolve remaining discovery issues, there are issues which may need to be resolved by
18  the Court on timely Motion to Compel.  Additionally, the parties are mutually concerned that
19  issues could possibly arise in the course of the remaining proposed depositions which would
20  require the attention of the Court.

21         E.     Plaintiffs and the AAR Defendants are agreed that the interests of justice would
22  be best served by an extension of the current discovery deadline by the period of an additional
23  forty-five (45) days through and including September 7, 2007.  Counsel for the Government
24  Defendants does not oppose any extension of the discovery deadline provided that Plaintiffs and
25  the AAR Defendants do not conduct further discovery from the Government Defendants after the
26  current discovery cut-off date.

27
28

- 1 -

Stipulation and [Proposed] Order Extending Deadline to Complete Discovery

CASE NO. 06 CV 1053 GEB

F.   The parties have not previously requested any extension of the discovery deadline.  No other dates in the Court's Scheduling Order would be affected.

WHEREFORE, the parties hereby stipulate and agree that the date to complete discovery shall be extended until September 7, 2007.

DATED: July 24, 2007         EPSTEIN BECKER & GREEN, P.C.


By:  /s/ Hans U. Stucki

Attorney for AAR Defendants




DATED: July 17, 2007         LAW OFFICES OF TIMOTHY C. RILEY

By:   /s/ Timothy C. Riley (as authorized on July 17, 2007)

Attorney for Plaintiffs



DATED: July 17, 2007         UNITED STATES ATTORNEY

By:  /s/ John F. Gisla (as authorized on July 17, 2007)

Attorney for Government Defendants

- 2 -

Stipulation and [Proposed] Order Extending Deadline to Complete Discovery

CASE NO. 06 CV 1053 GEB

**ORDER**

     Pursuant to the stipulation, and upon having reviewed the parties' request to extend the deadline for conducting discovery, and finding good cause in support thereof, the Court orders that the parties have until September 7, 2007 in which to complete discovery.

Dated: July 24, 2007

                               Garland E. Burrell, Jr.
                               United States District Judge