LAW OFFICE OF TIMOTHY C. RILEY
414 SOUTH MARENGO AVENUE
PASADENA, CALIFORNIA 91101
TELEPHONE (626) 432-4569
FAX (626) 570-0706

TIMOTHY C. RILEY (State Bar No. 112667)

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT EASTERN DISTRICT**

**OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| READY TRANSPORTATION, INC., a Texas corporation, AVAILABLE SHIPPERS, INC., a Texas corporation, PREFERRED SHIPPERS, INC., a Nevada corporation, PROMPT SHIPPERS, INC, INC., a Texas corporation and QUICK TRANSPORTATION, INC., a Nevada corporation.<br>         Plaintiffs,<br>v.<br>AAR MANUFACTURING, INC., a California corporation, AAR MOBILITY SYSTEMS, a corporation of unknown citizenship, JEANNE LANGNESSER, an individual, DEFENSE CONTRACT MANAGEMENT AGENCY, an agency of the United States Government and DEPARTMENT OF DEFENSE, an agency of the United States Government,<br>         Defendants. | Case No. 06-cv-1053 GEB<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING DATE ON AAR MANUFACTURING MOTION TO DISMISS FROM SEPTEMBER 24, 2007 TO OCTOBER 9, 2007 |

Now come Plaintiffs Ready Transportation, Inc., Available Shippers, Inc., Preferred Shippers, Inc. and Prompt Shippers, Inc. ("the Ready Group") and Defendants AAR Manufacturing, Inc. and AAR Mobility Systems, Inc. (collectively "AAR") and as for their stipulation to continue the hearing date on AAR's September 24, 2007 Motion to Dismiss,

1

or, Alternatively Summary Judgment ("the Motion") state as follows:

  A. William Brady Sr. is the founder of the Ready Group and the father of the Neal Brady, Scott Brady and William Brady Jr., the 3 principles of the Ready Group. William Brady Sr. became severely ill during the week of September 3, 2007 and passed away on September 7, 2007 in Pahrump, Nevada.

  B. Due to the illness and death, Neal Brady, Scott Brady and William Brady Jr. have been and will continue to be unavailable for several more days to assist in preparation of Plaintiff's opposition to the Defendant AAR's Motion. The opposition is presently due on September 10, 2007;

  C. The Motion is presently set for hearing on September 24, 2007, the last day for hearings based upon the current Scheduling Order.

  D. Based upon these extenuating circumstances, the parties have agreed and hereby stipulate to move the hearing date on the Motion to the next available hearing date, October 9, 2007.

          LAW OFFICES OF TIMOTHY C. RILEY

          By:  /s/ Timothy C. Riley
              Counsel for Plaintiffs

          EPSTEIN, BECKER & GREEN

          By:  /s/ Hans U. Stucki
              Council for Defendants

  Good cause having been demonstrated, it is ORDERED that the hearing date on Defendant's Motion to Dismiss or, Alternatively Summary Judgment is continued to October 9, 2007.

Dated:  September 10, 2007

                        
          GARLAND E. BURRELL, JR.
          United States District Judge

**PROOF OF SERVICE (Federal)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and I am not a party to the within action; my business address is 414 South Marengo Avenue, Pasadena, California.

On September 7, 2007, I caused to be served the foregoing document described as follows**:**

STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING DATE ON AAR MANUFACTURING MOTION TO DISMISS FROM SEPTEMBER 24, 2007 TO OCTOBER 9, 2007

upon the interested parties by electronic delivery and by U.S. Mail the following addressees:

Hans U. Stucki
Epstein, Becker & Green
150 North Michigan Avenue,
Chicago, Illinois 60601-7553
hstucki@ebglaw.com

    Executed this 7th day of September 2007 at 414 Marengo Avenue, Pasadena, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   s// Timothy C. Riley
    Timothy C. Riley