1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   READY TRANSPORTATION, INC.;        )
11 AVAILABLE SHIPPERS, INC.;          )
   PREFERRED SHIPPERS, INC.;          )
12 PROMPT SHIPPERS, INC.; and QUICK   )
   TRANSPORTATION, INC.,              )
13                                    )   2:06-cv-1053-GEB-KJM
                  Plaintiffs,         )
14                                    )
             v.                       )   ORDER
15                                    )
   AAR MANUFACTURING, INC.; AAR       )
16 MOBILITY SYSTEMS; DEFENSE CONTRACT )
   MANAGEMENT AGENCY,                 )
17                                    )
                  Defendants.         )
18 _____)

19          On December 19, 2007, the parties filed a Stipulation and
20 Order to Elect Referral of Action to Voluntary Dispute Resolution
21 Program (VDRP) Pursuant to Local Rule 16-271.  The parties'
22 stipulation does not explain the feasibility of the referral at this
23 late stage of the proceeding, as contemplated by Local Rule
24 16-271(i)(2).  While it is understood that the parties' settlement
25 efforts should be encouraged, it is unclear whether VDRP proceedings
26 could be scheduled in this action without interfering with the
27
28

1  scheduled trial commencement date of February 26, 2008.[1]   Therefore,
2  the proposed order will not be signed.

Dated:   December 27, 2007

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[1]   Additionally, this action was referred to VDRP on August 16, 2006, but was removed from VDRP on September 22, 2006.

2