IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| READY TRANSPORTATION, INC.; AVAILABLE SHIPPERS, INC.; PREFERRED SHIPPERS, INC.; PROMPT SHIPPERS, INC.; and QUICK TRANSPORTATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AAR MANUFACTURING, INC.; AAR MOBILITY SYSTEMS; DEFENSE CONTRACT MANAGEMENT AGENCY,<br><br>Defendants. | 2:06-cv-1053-GEB-KJM<br><br>ORDER |

Trial is scheduled to commence in this action on February 26, 2008. Today the court attempted to contact Plaintiffs' counsel before an Order to Show Cause issued, since Plaintiff has not filed any trial document required by the Final Pretrial Order issued on December 14, 2007, but received a busy tone. The court then contacted Defendants' counsel, Jamie S. Platto, who informed the court that the case has settled, but that there is one minor matter for the parties to resolve which will not interfere with the settlement. Local Rule 16-160(a) obligates parties to immediately notify the court of a settlement.

1

1  In light of the failure of the parties to file proposed jury
2 instructions and other required trial documents, and Defendants'
3 counsel's representation that this action has settled, a hearing on
4 whether this action should be dismissed without prejudice is scheduled
5 to commence at 10:00 a.m. on February 21, 2008.[1]  Any filing opposing
6 the dismissal is due no later than 4:00 p.m. on February 19, 2008; if
7 no filing is made by this time, the hearing is vacated and the action
8 is dismissed without prejudice since it will be presumed that the
9 parties agree to dismissal of the action.
10  IT IS SO ORDERED.
11 Dated:  February 15, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]  In the meantime, the parties shall <u>not</u> assume that trial will not proceed as scheduled or that they will not be required to submit the required trial documents and/or suffer other consequences for their failure to do so.

2