LAW OFFICE OF TIMOTHY C. RILEY
414 SOUTH MARENGO AVENUE
PASADENA, CALIFORNIA 91101
TELEPHONE (626) 432-4569
FAX (626) 570-0706

TIMOTHY C. RILEY (State Bar No. 112667)

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| READY TRANSPORTATION, INC., a Texas corporation, AVAILABLE SHIPPERS, INC., a Texas corporation, PREFERRED SHIPPERS, INC., a Nevada corporation, PROMPT SHIPPERS, INC, INC., a Texas corporation and QUICK TRANSPORTATION, INC., a Nevada corporation.<br>　　　　　　　　　　Plaintiffs,<br>v.<br>AAR MANUFACTURING, INC., a California corporation, AAR MOBILITY SYSTEMS, a corporation of unknown citizenship, JEANNE LANGNESSER, an individual, DEFENSE CONTRACT MANAGEMENT AGENCY, an agency of the United States Government and DEPARTMENT OF DEFENSE, an agency of the United States Government,<br>　　　　　　　　　　Defendants. | Case No. 06-cv-1053 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION AND RETENTION OF JURISDICTION TO RULE ON ENTITLEMENT TO ATTORNEYS FEES (Fed. R. Civ. Pro. 41(a)(1))** |

## STIPULATION

Now come Plaintiffs Ready Transportation, Inc., Available Shippers, Inc., Preferred Shippers, Inc., Prompt Shippers, Inc. and Quick Transportation, Inc. ("the Ready Group") and Defendants AAR Manufacturing, Inc. and AAR Mobility Systems, Inc. (collectively

"AAR") and as for their stipulation to dismiss this action with prejudice agree and stipulate as follows:

    A.    The Ready Group and AAR engaged in mediation efforts in Chicago, Illinois before retired District Court Judge Edward A. Bobrick of the Judicial Arbitration and Mediation Services ("JAMS");

    B.    As a result of those mediation efforts, the matter was finally settled on February 19, 2008;

    C.    As a part of the February 19, 2008 settlement agreement brokered by Retired Judge Bobrick, the Ready Group and AAR agreed and conditioned the settlement upon the stipulation that the issue of the Ready Group's legal entitlement to attorney's fees under California Code of Civil Procedure § 1021.5 would be the sole issue presented to this Court;

    D.    Pursuant to the February 19, 2008 settlement agreement, the parties have agreed that (1) the application for attorney's fees of the Ready Group shall be brought within 60 days of the February 19, 2008 settlement; (2) that the sole issue to be presented to this Court is legal entitlement to attorney's fees pursuant to California Code of Civil Procedure § 1021.5; and (3) that the amount of fees to which the Ready Group would be entitled if it prevails on the issue of legal entitlement is $180,000.00; and

    E.    Other than the attorney's fees to be ruled upon by the Court, the parties shall bear their own costs.

Based upon the foregoing, the Ready Group and AAR hereby STIPULATE and AGREE that the action be dismissed pursuant to Fed. R. Civ. Pro. 41(a)(2) upon the terms set forth above and that the Court enter the Order set forth below.

                                      LAW OFFICES OF TIMOTHY C. RILEY


                                      By:     /s/ Timothy C. Riley
                                                      Counsel for Plaintiffs

EPSTEIN, BECKER & GREEN

By:    /s/ Hans U. Stucki
        Council for Defendants

### ORDER

Good cause having been shown, the Court ORDERS that this action be dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1) upon the following terms: (1) the Court retains jurisdiction solely for the purpose of hearing and ruling upon Plaintiffs' application re legal entitlement to attorney's fees pursuant to California Code of Civil Procedure § 1021.5; (2) that the application and all supporting papers shall be brought within 60 days of the February 19, 2008 settlement; (3) that the AAR Defendants shall file their opposition within 14 days of Plaintiff's application; and (4) Plaintiffs shall file their reply, if any, within 7 days of Defendants' opposition.

Dated: February 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

**PROOF OF SERVICE (Federal)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and I am not a party to the within action; my business address is 414 South Marengo Avenue, Pasadena, California.

On February 20, 2008, I caused to be served the foregoing document described as follows**:**

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION AND RETENTION OF JURISDICTION TO RULE ON ENTITLEMENT TO ATTORNEYS FEES (Fed. R. Civ. Pro. 41(a)(1))**

upon the interested parties by electronic delivery to the following addressees:

Hans U. Stucki
Epstein, Becker & Green
150 North Michigan Avenue,
Chicago, Illinois 60601-7553
hstucki@ebglaw.com

    Executed this 20th Day of February 2008 at 414 Marengo Avenue, Pasadena, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   s// Timothy C. Riley
     Timothy C. Riley