IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| READY TRANSPORT, INC., a Texas corporation, AVAILABLE SHIPPERS, INC., a Texas corporation, PREFERRED SHIPPERS, INC., a Nevada corporation, PROMPT SHIPPERS, INC., a Texas corporation and QUICK TRANSPORTATION, INC., a Nevada corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>AAR MANUFACTURING, INC., a California corporation, AAR MOBILITY SYSTEMS, a corporation of unknown citizenship,<br><br>           Defendants. | 2:06-cv-1053-GEB<br><br>ORDER* |

Plaintiffs seek to have the parties' settlement agreement filed under seal based on a provision therein providing "it shall be 'filed under seal in the Litigation for the purpose of the Court's

---

\* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  enforcement of the obligations set forth therein.'"  (Request to File
2  Ex. Under Seal, Dkt. No. 89, at 2 (quoting Settlement Agreement).)
3          When the Court agreed to retain jurisdiction in this action
4  "solely for the purpose of hearing and ruling upon Plaintiffs'
5  application re legal entitlement to attorney's fees pursuant to
6  California Code of civil procedure § 1021.5," it was not told that the
7  parties had a confidential settlement agreement, nor that the parties
8  had agreed that this Court would file that settlement agreement under
9  seal and enforce the settlement agreement.  (Feb. 26, 2008 Stip. and
10 Order.)  The Court is not bound by the confidentiality provision in
11 the parties' settlement agreement nor to their agreement that
12 jurisdiction was retained to enforce their secret settlement
13 agreement.  Absent a showing of sufficient justification that the
14 settlement agreement should be filed under seal, the court file will
15 remain open to the public.  Since this showing has not been made,
16 Plaintiffs' request is denied.  **The Clerk of the Court shall return**
17 **the settlement agreement to Plaintiffs' counsel.**
18          IT IS SO ORDERED.
19 Dated:  May 20, 2008
20
21  _____
    GARLAND E. BURRELL, JR.
22  United States District Judge

                                    2