```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


READY TRANSPORT, INC., a Texas       )
corporation; AVAILABLE SHIPPERS,     )
INC., a Texas corporation;           )
PREFERRED SHIPPERS, INC., a Nevada   )
corporation; PROMPT SHIPPERS, INC.,  )
a Texas corporation; and QUICK       )
TRANSPORTATION, INC., a Nevada       )
corporation,                         )
                                     )    2:06-cv-01053-GEB-GGH
                Plaintiffs,          )
                                     )
          v.                         )    ORDER
                                     )
AAR MANUFACTURING, INC., a           )
California corporation; AAR          )
MOBILITY SYSTEMS, a corporation of   )
unknown citizenship,                 )
                                     )
                Defendants.          )
                                     )
```

The Ninth Circuit reversed a District Court order issued in this case and remanded the case for the District Court to "consider[ ] . . . the circumstances surrounding the filing of the confidential settlement agreement" and whether "the confidential settlement agreement" should be stricken "from the public docket." Any party desiring to further brief these issues shall file a brief no later than

1

1  February 14, 2011; a response brief may be filed no later than February
2  22, 2011; the hearing on the matters is scheduled to commence at 9:00
3  a.m. on March 7, 2011.

4  Dated:  January 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge