IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| READY TRANSPORT, INC., a Texas corporation, AVAILABLE SHIPPERS, INC., a Texas corporation, PREFERRED SHIPPERS, INC., a Nevada corporation, PROMPT SHIPPERS, INC., a Texas corporation and QUICK TRANSPORTATION, INC., a Nevada corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>AAR MANUFACTURING, INC., a California corporation, AAR MOBILITY SYSTEMS, a corporation of unknown citizenship,<br><br>        Defendants. | 2:06-cv-1053-GEB<br><br>ORDER |

Defendants move for an order striking docket entry number 92 from the docket, and awarding "attorneys' fees and costs necessarily incurred in responding to Plaintiffs' misconduct" involved with the filing docket entry number 92. (Mot. 4:4-11.) The motion is unopposed, even though the Order filed January 25, 2011 provided an opportunity for further briefing. Therefore, Defendants' motion is GRANTED, and the hearing on the motion scheduled on March 7, 2011 is vacated.

1    Since Plaintiffs have not provided justification for filing docket entry number 92, which is the parties' confidential settlement agreement, **THE CLERK OF THE COURT SHALL IMMEDIATELY AND PERMANENTLY REMOVE DOCKET ENTRY NUMBER 92 FROM THE DOCKET.**

    Further, Defendants are awarded attorneys' fees and costs necessarily incurred in responding to Plaintiffs' misconduct, provided that Defendants submit sufficient evidence of the amount of the referenced attorneys' fees and costs on or before March 7, 2011. Any opposition shall be filed on or before March 14, 2011.

    IT IS SO ORDERED.

Dated:  February 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge